UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE FUENTES,<br><br>　　　　　Petitioner,<br><br>v.<br><br>THE PEOPLE,<br><br>　　　　　Respondent.<br>_____/ | 1:07-CV-1034 LJO NEW (DLB) HC<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

　　　IT IS SO ORDERED.

　　　**Dated:　July 23, 2007**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE